RECEIVED
IN LAKE CHARLES, LA.

OCT 3 1 2017

TONY R. MOORE, CLERK
BY_____
                DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 16-cr-00181-02** |
| **VS.** | : | **JUDGE WALTER** |
| **WALTER GEOVANI PAVON-TORRES** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #78], and in the transcript previously filed herein, [Doc. #77] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #73], and concurring with the finding of the Magistrate Judge under applicable law:

IT IS ORDERED that the **GUILTY PLEA** entered by defendant **WALTER GEOVANI PAVON-TORRES** on October 27, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Lake Charles, Louisiana this 31st day of October, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE